UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATEO NICOLAS SEGUNDO,<br><br>                           Petitioner,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, *et al.*,<br><br>                           Respondents. | Case No.: 26-cv-130-JO-AHG<br><br>**ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]** |

    Petitioner Mateo Nicolas Segundo ("Petitioner") filed a petition for writ of habeas corpus. Dkt. 1. On January 22, 2026, the Court held oral argument on the petition. For the reasons stated on the record, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1].

(2) Respondents are ORDERED to release Petitioner by 5 p.m. on January 23, 2026. Petitioner's release shall be subject to a $2,000 bond and the conditions set by the immigration judge at Petitioner's custody redetermination hearing held on December 1, 2025. Respondents are ORDERED to file an affidavit attesting to Petitioner's release under these conditions by 5 p.m. on January 26, 2026.

(3) Respondents may hold a new bond hearing following Petitioner's release, at

which the Government bears the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk to justify his redetention. *See Singh v. Holder*, 638 F.3d 1196, 1208 (9th Cir. 2011).

(4) Respondents are ENJOINED from redetaining Petitioner prior to (1) providing him a bond hearing at which the Government bears the burden of proving by clear and convincing evidence that he poses a danger to the community or a flight risk to justify his redetention, *see id.*, and (2) filing a written declaration attesting to full compliance with these obligations. Respondents are ENJOINED from redetaining Petitioner until 48 hours **after** filing the written declaration.

**IT IS SO ORDERED.**

Date: January 22, 2026

_____
Honorable Jinsook Ohta
United States District Judge